UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIM THOMAS,

                Plaintiff,                          19 **CIVIL** 1177 (GWG)

      -against-                               **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated August 18, 2020, Thomas's motion for judgment on the pleadings is denied and the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
           August 18, 2020

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                     **BY:**
                                                    **Deputy Clerk**